UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRESIDENT OF THE UNITED STATES,<br><br>　　　　Defendant. | No. 2:22-cv-00809-TLN-DB<br><br>**ORDER** |

　　　　Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On October 24, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and Plaintiff has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 24, 2022 (ECF No. 10) are adopted in full;

2. Plaintiff's May 13, 2022 Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED;

3. Plaintiff's September 14, 2022 Amended Complaint (ECF No. 7) is DISMISSED without prejudice;

4. Plaintiff's October 6, 2022 Application to Proceed In Forma Pauperis (ECF No. 9) is DENIED; and

5. This action is dismissed.

**DATED: February 7, 2023**

Troy L. Nunley
United States District Judge